IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DESHAWN GREEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Petitioner,

v.

CASE NO. 1D17-0020

STATE OF FLORIDA,

    Respondent.

_____/

Opinion filed July 6, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

Deshawn Green, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition seeking a belated appeal of the amended order denying motion to correct illegal sentence rendered on September 17, 2015, in Duval County Circuit Court case number 16-2009-CF-15160-AXXX is granted. Upon issuance of mandate, a copy of this opinion shall be furnished to the clerk of the lower tribunal for treatment as a notice of appeal.

WOLF, ROWE, and KELSEY, JJ., CONCUR.